## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Juan E. Batista Aybar, being first duly sworn, do hereby depose and state that:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Customs and Border Protection Enforcement Officer with the Department of Homeland Security, assigned to investigate Immigration Law violations and Criminal Laws of the United States at the Luis Muñoz Marín International Airport, Carolina, Puerto Rico.

2. I make this affidavit based on my own personal knowledge and on oral and written reports by these federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

3. This affidavit is submitted in support of a criminal complaint charging Pedro Antonio DURAN RODRIGUEZ with: (1) Re-entry After Deportation in violation of 8 U.S.C. § 1326 (a)(2)(b)(1) and (2) Stowaways on Vessels or Aircraft in violation of 18 U.S.C. § 2199.

### PROBABLE CAUSE

4. On or about March 01, 2026, at the Port of San Juan Pier, San Juan, Puerto Rico, an alien by the name of Pedro Antonio DURAN RODRIGUEZ, a citizen of the Dominican Republic, was found attempting to enter the United States onboard the Tug Southern Dawn / Barge Charlote Bridge, as a stowaway.

5. The Tug Southern Dawn / Barge Charlotte Bridge was coming from the Port of Jacksonville, Florida. Based on my training and experience, there is reason to believe that DURAN RODRIGUEZ boarded the tug as a stowaway while the tug was transiting near the Dominican Republic.

6. PEDRO ANTONIO DURAN RODRIGUEZ was found by the United States Coast Guard, inside the tugboat hiding with one other individual.

7. Nobody aboard the vessel, including its master, consented or authorized DURAN RODRIGUEZ to board it.

8. PEDRO ANTONIO DURAN RODRIGUEZ was taken to the U.S. Customs and Border Protection facilities to be processed for repatriation to his home country the Dominican Republic.

9. During this process PEDRO ANTONIO DURAN RODRIGUEZ's fingerprints were submitted to the FBI for examination and comparison, the search disclosed a match to FBI record #XXXXDD9. The FBI record revealed the following:

   a. On April 04, 2009, DURAN RODRIGUEZ was granted a Voluntary Departure from the United States.

   b. On Apr 06, 2009, DURAN RODRIGUEZ was physically removed from the United Staes to the Dominican Republic from San Juan, Puerto Rico.

   c. On Oct 07, 2011, DURAN RODRIGUEZ was found by the United States Border Patrol near Aguadilla, Puerto Rico attempting to enter illegally onboard a homemade boat (Yawl) and was given an Expedited Removal from the United States.

   d. On Oct 11, 2011, DURAN RODRIGUEZ was criminally charged via information in the United States Court, District of Puerto Rico under Title 8USC1325(a) illegal entry.

   e. On Nov 30, 2011, DURAN RODRIGUEZ was found guilty upon plea of Title 8USC1325(a) illegal entry and was sentenced to time served.

   f. On Dec 23, 2011, DURAN RODRIGUEZ was physically removed from the United States to the Dominican Republic from San Juan, Puerto Rico.

   g. On Oct 09, 2014, DURAN RODRIGUEZ was apprehended by the United States Coast Guard, near Mayaguez, Puerto Rico attempting to enter illegally onboard a homemade boat (Yawl) along thirty (30) other illegals and was turned over to the United States Border Patrol at Raimey Station in Aguadilla, Puerto Rico.

   h. On Oct 10, 2014, DURAN RODRIGUEZ was given a Reinstatement of Prior Order of Removal by the United States Border Patrol.

   i. On Oct 15, 2014, a Criminal Complaint was filed at the United States Court, District of Puerto Rico, charging DURAN RODRIGUEZ with one (1) count of Re-entry after Deportation under Title 8USC1326(a).

   j. On Feb 11, 2015, DURAN RODRIGUEZ was found guilty upon plea of Title 8USC1326(a) illegal Re-entry and was sentenced to time served and a term of two (2) years' supervised release.

   k. On Mar 06, 2015, DURAN RODRIGUEZ was physically removed from the United States to the Dominican Republic.

   l. On Aug 28, 2017, DURAN RODRIGUEZ was arrested by the Trenton Police Department in New Jersey for one (1) count of Domestic Violence/Simple Assault-Purp/Knowingly under New Jersey Public Law 2C:12-1A (1).

      m. On Aug 28, 2017, DURAN RODRIGUEZ was found at the Mercer County Jail in Trenton New Jersey by ICE/ERO Criminal Alien Program and was given a Reinstatement of Prior Order of Removal.
      n. On Sep 20, 2017, DURAN RODRIGUEZ was physically removed from the United States to the Dominican Republic from Alexandria, Louisiana.

10. On March 01, 2026, after he was identified aboard the Tug Southern Dawn/ Barge Charlotte Bridge, PEDRO ANTONIO DURAN RODRIGUEZ was read his *Miranda* rights and did not waive his right to an attorney.

11. As part of his removal proceedings listed above, PEDRO ANTONIO DURAN RODRIGUEZ was advised that after his deportation / removal from the United States, he was required to obtain permission from the Attorney General or his successor under the Department of Homeland Security prior to his re-embarkation at a place outside the United States or his application for admission.

12. I conducted records checks which revealed that no application to request permission on Form I-212 had been filed on behalf of PEDRO ANTONIO DURAN RODRIGUEZ at the Office of Citizenship and Immigration Services.

13. PEDRO ANTONIO DURAN RODRIGUEZ is a citizen and national of the Dominican Republic and is an alien with no authorization or legal status to be present in the United States.

14. Since PEDRO ANTONIO DURAN RODRIGUEZ was ordered deported from the United States, he is prohibited from re-entering the United States without obtaining consent from the Attorney General or his successor under the Department of Homeland Security prior to his re-embarkation at a place outside the United States or his application for admission.

## CONCLUSION

15. Based upon my training, experience, and my participation in this investigation, I believe that probable cause exists that PEDRO ANTONIO DURAN RODRIGUEZ attempted to Re-enter the United States after being previously deported in violation of 8 U.S.C. § 1326 (a)(2)(b)(1) and boarded the Tug Southern Dawn / Barge Charlotte Bridge without the consent of the owner, charterer, master, or the person in command of the vessel in violation of 18 U.S.C. § 2199.

Respectfully submitted,

Juan E. Batista Aybar
Enforcement Officer
US Customs and Border Protection

Sworn in accordance with the requirement of Fed. R. Crim. P. 4.1. by telephone at _1:05 PM_ on this _3rd_ day of March 2026, in San Juan, Puerto Rico.

HON. MARCOS E. LÓPEZ
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO